2017 ND 273

**STATE of North Dakota, Plaintiff and Appellee**

v.

**Juan Manuel PALACIO, III, Defendant and Appellant**

**Nos. 20170180 and 20170181**

Supreme Court of North Dakota.

Filed 12/7/2017

James A. Hope, Assistant State's Attorney, Dickinson, ND, for plaintiff and appellee; submitted on brief.

Samuel A. Gereszek, East Grand Forks, MN, for defendant and appellant; submitted on brief.

Per Curiam.

[¶ 1] Juan Manuel Palacio III appeals from a criminal judgment entered after a jury found him guilty of possession of drug paraphernalia and criminal conspiracy to deliver a controlled substance. Palacio argues the state presented insufficient evidence to uphold the jury's verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(7). *State v. Gray*, 2017 ND 108, ¶¶ 15–16, 893 N.W.2d 484 (affirming judgment where appellant failed to provide a trial transcript on appeal, making it "impossible for this Court to conduct a meaningful and intelligent review" whether the defendant preserved for appeal the issue of insufficiency of the evidence or whether sufficient evidence supported the verdict).

[¶ 2] Gerald W. VandeWalle, C.J.

Daniel J. Crothers

Jerod E. Tufte

Jon J. Jensen

Lisa Fair McEvers